# Court of Appeals
# of the State of Georgia

ATLANTA,  February 15, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1348.  KEVIN SUMMERS v. CYNTHIA CROSSLEY.

Kevin Summers, the defendant in this civil action, filed this timely direct appeal from the trial court's order denying his OCGA § 9-11-60 (d) motion to set aside the default judgment against him.[1]  We, however, lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8).  Summers's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/15/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Summers also filed a motion for reconsideration of the trial court's denial of his motion to set aside, which the trial court denied.  However, the denial of a motion for reconsideration is not itself a directly appealable order.  *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).